29 So.2d 889

## I. JAFFE et al. v. Ora L. WALKER.
### 6 Div. 538.

Supreme Court of Alabama.
Jan. 14, 1947.

Petition for certiorari to Circuit Court, Jefferson County; Robt. J. Wheeler, Judge.

J. P. Mudd, of Birmingham, for appellant.

Silberman & Silberman and Roger F. Rice, all of Birmingham, for appellee.

PER CURIAM.

Petition dismissed by agreement.

---

32 So.2d 172

## KING, Inc. v. MOVING PICTURE MACHINE OPERATORS LOCAL 519,
### etc., et al.
### 1 Div. 304.

Supreme Court of Alabama.
July 26, 1947.

Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge.

Bart B. Chamberlain, Jr., of Mobile, for appellant.

PER CURIAM.

Appeal dismissed, motion of appellant.

---

29 So.2d 889

## Louise M. KNIGHT v. Lula Mae RODGERS.
### 6 Div. 453.

Supreme Court of Alabama.
Jan. 3, 1947.

Appeal from Circuit Court, Jefferson County; E. M. Creel, Judge.

PER CURIAM.

Appeal dismissed, motion of appellant.

---

29 So.2d 889

## LOUISVILLE & NASHVILLE R. CO. v. Frank E. TIDWELL.
### 6 Div. 457.

Supreme Court of Alabama.
Nov. 5, 1946.

Appeal from Circuit Court, Jefferson County; Whit Windham, Judge.

Chas. H. Eyster, of Decatur, and White E. Gibson, of Birmingham, for appellant.

Taylor, Higgins, Koenig & Windham, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

---

29 So.2d 889

## In the Matter of Theodore LUCY.
### 1 Div. 270.

Supreme Court of Alabama.
Nov. 12, 1946.

Appeal from Circuit Court, Mobile County; Cecil F. Bates, Judge.

Proceeding to commit to reform school.

PER CURIAM.

Appeal dismissed, want of prosecution.

---

32 So.2d 172

## Claude Leonard NELSON v. Sarah Evelyn NELSON.
### 8 Div. 385.

Supreme Court of Alabama.
May 22, 1947.

Appeal from County Court, Morgan County; W. H. Long, Judge.

Sherman B. Powell, of Decatur, for appellant.